358 A.2d 83
## Artuso v. Insurance Company of North America, Appellant.

Argued April 15, 1976.
Vincent J. Grogan, with him Frank R. Fleming, III, for appellant; Louis H. Artuso, appellee, *in propria persona.*

Judgment affirmed.

PRICE, J., did not participate in the consideration or decision of this case.

358 A.2d 77
## Atlantic Richfield Company v. Razumic, Appellant.

Argued April 16, 1976. Daniel J. Beggy, with him Allan E. MacLeod, for appellant; Richard E. LaFarge, with him George I. Minch, for appellee.

Judgment affirmed.